**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| HECTOR PACHECO-MORALES | § | |
| | § | CIVIL ACTION NO. 4:23-CV-00512-SDJ-AGD *consolidated with* 4:23-CV-00513-SDJ-AGD |
| v. | § | |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 3, 2026, the Report of the Magistrate Judge, (Dkt. #56), was entered containing proposed findings of fact and recommendation that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied as time-barred and that this case be dismissed with prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and that this case is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that a certificate of appealability is **DENIED**.

**So ORDERED and SIGNED this 16th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE